**PETITION UNDER 28 U.S.C. 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY SEEKING REVIEW OF PRISON DISCIPLINARY SANCTION**

FILED
09/23/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

[This form is for State prisoner to challenge one prison disciplinary proceeding. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or Federal conviction, you need a different form.]

Name (under which you were convicted): **WILLIAM CROCKETT**

Case No. [For a new case in this court, leave blank. The court will assign a case number.]
1:22-cv-01894-JPH-MPB

Place of Confinement: **NEWCASTLE CORRECTIONAL FACILITY**
Earliest possible Release Date: **3-30-2045**

[Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court. Neatly print in ink (or type) your answers.]

1. NAME OF FACILITY HOLDING THE HEARING: **WABASH VALLEY CORRECTIONAL FACILITY**
   Date of hearing **3/1/18**. Case number: **WVD-18-02-0126**
   Offense: **CONSPIRACY, ATTEMPT AND IN ASSAULT/BATTERY**
   Code # **111/02**.  Did you plead guilty? ☐ Yes ☑ No

2. Lost earned credit time? ☐ No ☑ Yes, I lost **180** days earned credit time.
   Was the loss of earned credit time suspended? ☑ No. ☐ Yes, it was suspended until: ___/___/___
   If suspended, has it been imposed? ☐ No ☐ Yes, it was imposed on ___/___/___

3. Demoted in credit class? ☐ No ☑ Yes, I was demoted from Class **1** to Class **2**.
   Was the demotion suspended? ☑ No ☐ Yes, it was suspended until: ___/___/___
   If suspended, has it been imposed? ☐ No ☐ Yes, it was imposed on: ___/___/___

4. Appealed to the Superintendent? ☐ No ☑ Yes, the result was: **WILL NOT PROCESS DENIED**

5. Appealed to the Final Reviewing Authority? ☐ No ☐ Yes, the result was: **S. FITCH SAID DONT DO IT, NOT APPEALABLE SEE EXHIBIT C**

6. Previously challenged this disciplinary hearing in federal court? ☑ No ☐ Yes, case number _____

7. Are you paying the $5.00 filing fee?
   ☑ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.
   ☐ No, I have attached a separate Prisoner Motion to proceed In Forma Pauperis and a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now and I have received an average of less than $15.00 a month during the past six months.

PAGE 1

## GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum

CAUTION: If you do not PRESENT EVERY GROUND IN THIS PETITION, YOU MAY BE BARRED FROM DOING SO LATER.]

GROUND ONE: [Briefly describe your claim.] DENIED RIGHTS IN ACCORDANCE WITH Administrative procedures for Policy 02-04-101 AND DEFINITIONS DO NOT SUPPORT EVIDENCE OF Fraudulent Conduct REPORT.

Supporting Facts: [Do not argue or cite law. just state the specific facts that support your claim.]

IN 2-22-2018 I was denied ALL EVIDENCE, on 2-27-2018 I was denied LAY ADVOCATE, I was denied the right to present A DEFENSE AND NObody TOOK ME I didn't receive A HEARING OR A fair hearing in front of IMPARTIAL DECISION MAKERS, It CLEARLY STATES AS THE Definition For A-102 BATTERY - Committing battery against offender (1) with weapon, (2) with bodily fluids, or (3) resulting in serious bodily injury Also A CODE A141 is AN ATTEMPT. Committing A BATTERY Against another offender resulting in bodily Injury AND in the CASE number WVD-18-02-0128 DESCRIPTION of incident does not support, Neither of the ADULT Disciplinary Code for ADULT offenders Manual of Policies AND Procedures CODES I was not Afforded the opportunity to Appeal the Guards took my eye-glasses, so I could not SEE clearly, read or write legibly on lock up "Segregation From 2018 through 2021 30-45 Pt W-BASH until I was Transferred, And I never received any of the case DOCUMENTS documents.

Did you present Ground One to the Final Reviewing Authority? ☐ No ☑ Yes, because I didn't DO THIS And the things in Ground 1 is True And correct. I never hit STAFF, or ATTEMPTED.

GROUND TWO: [Briefly describe your claim.] The Evidence does NOT support offense charged, NOR CODE Numbers charged, Non guilty finding AND SANCTIONS - for Fraudulent Conduct REPORT

Supporting Facts: [Do not argue or cite law. just state the specific facts that support your claim.]

The definitions of the CASE number -18-02-0128 of A CLASS A-102 on 8-11 in the Adult Disciplinary Code For Adult Offenders Manual Policies for 02-04-101 BY DEFINITION CONDUCT Summary IS NOT IN THE CONTEXT of the Conduct Report "DESCRIPTION" NOR WAS this STAFF member EVER touched or hit by AN ELBOW, it didn't take place this was done to make me suffer, mental Anguish, wrongful confinement As Another

2

Retaliaton Conduct Report, for me asserting my First Amendment Rights, previously. Also my earliest possible release date is incorrect they kept it marked out, and injured me badly, beyond the actual amount of time that I was sentenced to. I had to buy copies of all these Fraudlent Conduct Reports which Wabash Valley written that has false, defamatory statements and told accusations not true, Also they never gave to me Requests and loss or destroyed all my personal property while I was in segregation or lockup units 2018 thru 2021

Did you present Ground Two the Final Reviewing Authority? ☒No ☐Yes, because only appealed to Superintendent and Mr. Denney-Appeal officer at Newcastle Correctional

GROUND THREE [Briefly describe your claim.] I didnt get to attend this Hearing to even present a defense. Evidence does not support guilty being and Disciplinary sanctions.

Supporting Facts: [Do not argue or cite law. just state the specific facts that support your claim.]

Clearly- nothing ever touched this staff member causing bodily injury in the description of incident of the Conduct Report A-102 Battery against offender Nor is he another offender - And thats what a Class A-102 states by definition. Also a A-111 states, He is a staff member that made up a Fraudlent Conduct Report that caused me deprivation of "liberty interest" and cruel and unusual personal punishment and Treatment of Excessive force by the Courts, no recreation, loss property injury and destroyed no Telephone Etc. And wrongful confinement during 2018 thru 2021 July (mental anguish.) And they just wanted to find me guilty of something, just to do it, Because they think they are above the law, the Disciplinary Board at Wabash Valley Correctional Facility, are corrupt. See attached exhibits.

Did you present Ground Three to the Final Reviewing Authority? ☒No ☐Yes, because appealed to Mr. Denney and appealed to Superintendent and didnt get a response.

DOCUMENTS

I have attached these documents from this disciplinary hearing: [Check all that apply.]

☒ Report of Conduct
☒ Screening Report
☒ Report of Disciplinary Hearing
☒ Letter from the Final Reviewing Authority
☒ Other relevant documents: Policy-02-04-101 Disciplinary Code for Adult Offenders copies as exhibits page #1 Major offenses & Class A and 02 definition appeal and refusal to process any Conduct Summary

#5

**RELIEF**

I ask for the following relief: For my Physical and Mental Anguish, Extreme Pain and Suffering, Physical Injuries, Mental Anguish, Earliest Release Date divisions, Early Parole, Sentence modification Denial, Cruel and unusual Punishment — no recreation, no telephone the entire 4 years, I had to pay for all copies of Fraudulent False Charge Reports, loss of liberty, joint in weight confinement, emotional suffering, I ask for $1000 a day for every day in wrongful confinement from 2018 to 2021 For Damages. My earliest possible release date _____ or any other relief to which I may be entitled. My earliest possible release date — or current MSD Reinstated, All my previous Grievous Losses Be Reinstated. Case Expunged.

**DECLARATION AND SIGNATURE**

I placed this petition in the prison mail system on __9/7/22__ at _____ am/pm.
[Do not fill in this date and time until you give this petition to the prison officials to send to the court]

I declare under penalty of perjury that all of the statements in this petition are true and agree I will promptly notify the court of any changes of address.

_William B. Crockett III_    # 973572
Signature                    Prisoner Number

SOUTH BEND, INDIANA 46601-2194

The Conduct Summary shows the made up charge is not in the policy 02-04-101 at the back! The clear and see Exhibit "1" (Conduct Summary). The Factual Evidence of Notice also shows this was a staff member, not like the code numbers mandatory language states in policy 02-04-101. A-102 is Battery against another offender. Even in a worst case scenario A-111 is an attempt at another offender by the A-102 code definitions. Not a staff member, I never did it, any way and they know it. This was another retaliation for fraudulent conduct report, for me asserting my 1st Amendment rights. The code number A-102 /111 is not in the context of this fraudulent conduct report. They beat me and hurt me really bad, but I never did anything to them. They know I let me know, dropping my head, keeping me putting their knees in back of myself, he would drop me really, my finger was bent, were racist and they constantly. The clear mandatory language must be held strict in the policy 02-04-101 definitions of code numbers, and leaves no room for discrimination and double jeopardy, leaving no room for the department to add another requirement. Since this person is a staff member by the fact of the code numbers make this fraudulent conduct report invalid, you should not be punished for a crime that you did not commit. I also asked DOC Legal Services to wake up occurred. See Exhibits. an investigation.